

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 6, 2024

**By ECF and EMAIL**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED

_____
Hon. Victoria Reznik, U.S.M.J.
Dated: 2/6/2024

   **Re:** *United States v. Recaldo Fray, et al.*, **24 Cr. 67 (UA)**

Dear Judge Reznik:

  On February 5, 2024, an indictment was returned in the above-captioned matter. The Government has coordinated with defense counsel for the three defendants to request a date and time for the arraignment with the Court, which the Government anticipates will be next week based on its current understanding of defense counsel's schedules. The Government has reached out to the courtroom deputy for the United States Magistrate Judge on duty next week to schedule the arraignment.

[*continued on the next page*]

Accordingly, the Government respectfully requests an exclusion of time from today, February 6, 2024, until the date of the arraignment in this matter, not to exceed two weeks. The Government makes this request pursuant to 18 U.S.C. § 3161(h)(7)(A) so the Government may prepare discovery and the parties can request a date and time for the arraignment. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendants in a speedy trial. Counsel for all three defendants have provided their consent to this request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: _____
        Margaret N. Vasu
        Assistant United States Attorney
        (914) 993-1926

cc:    Anthony M. LaPinta, Esq. (by ECF and Email)
       Michael K. Burke, Esq. (by ECF and Email)
       Theodore S. Green, Esq. (by ECF and Email)