UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

RECALDO FRAY,

                    Defendant.
-----------------------------------------------------------X

**MEMORANDUM**

24 Cr. 67 (NSR)

TO:  Nelson S. Román, United States District Judge:

    Please find attached a transcript of the October 17, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 19, 2024
        White Plains, New York

                                      Respectfully Submitted,

                                      */s/ Judith C. McCarthy*
                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge