

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 1, 2025

**By ECF and Email**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Recaldo Fray.*, **24 Cr. 67 (NSR)**

Dear Judge Román:

    The Government respectfully writes to request an adjournment of the sentencing in the above-captioned case, which was scheduled for March 28, 2025, until November 21, 2025 at 11:00 A.M. The defendant consents to this request.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

by: _____
    Margaret N. Vasu
    Assistant United States Attorney
    (914) 993-1926

cc:    Anthony M. LaPinta, Esq. (by ECF)