USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————

UNITED STATES OF AMERICA

v.

RECALDO FRAY,

Defendant.

——————————————————————

**Consent
Order of Restitution**

24 Cr. 67 (NSR)-01

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jennifer N. Ong and Justin L. Brooke, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Counts One, Three, and Five of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

RECALDO FRAY, the defendant, shall pay restitution in the total amount of $1,000, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offenses charged in Counts One, Three, and Five. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

A. **Joint and Several Liability**

Restitution is joint and several with the following defendant in the following case: KAHEEM PALMER, Case No. 24 Cr. 67 (NSR). The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein,

2025.02.20

or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

## 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).   The defendant will commence monthly installment payments of at least $250 OR an amount equal to 10 percent of the defendant's gross income, payable on the 15th of each month, except that  while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

## 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.   Checks   and   money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required

by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.  Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.  Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

### 6.  Sealing

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

2025.02.20                                                  3

AGREED AND CONSENTED TO:


JAY CLAYTON
United States Attorney
Southern District of New York


By: _/s/_____          3/6/2026
Jennifer N. Ong                         _____
Justin L. Brooke                        DATE
26 Federal Plaza
New York, N.Y. 10278
Tel.: (212) 637-2224



RECALDO FRAY

By: _____      3·9·26
RECALDO FRAY                            DATE


By: _____      3·9·26
Anthony M. LaPinta, Esq.                DATE
La Pinta, Lesko & Miskiewicz, P.C.
200 Vanderbilt Motor Pkwy.
Suite C-17
Hauppauge, N.Y. 11788
Tel.: (631) 231-1199
*Counsel to RECALDO FRAY*



SO ORDERED:


_____       3/10/2026
HONORABLE NELSON S. ROMÁN               _____
UNITED STATES DISTRICT JUDGE            DATE




2025.02.20                    4

## SCHEDULE A

## (UNDER SEAL)

2025.02.20